No. 11–484.  MARTIN *v.* HOWARD UNIVERSITY ET AL. C. A. D. C. Cir.  Motion of the National Organization for Women Foundation for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 11–560.  LEGER, WARDEN, LOUISIANA CORRECTIONAL INSTITUTE FOR WOMEN *v.* LACAZE.  C. A. 5th Cir.  Motion of respondent for leave to proceed *in forma pauperis* granted.  Certiorari denied.

No. 11–6240.  MCNEALY *v.* MIDDLEBROOKS, WARDEN.  C. A. 11th Cir.  Certiorari denied.  JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 11–6479.  NICHOLS *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.  JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 11–7715.  BULLARD *v.* UNITED STATES.  C. A. 3d Cir. Certiorari denied.  JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 11–7737.  PARK *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.  JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 11–7845.  HILL *v.* CROSS, WARDEN.  C. A. 7th Cir.  Certiorari denied.  JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 10–8527.  ADDISON *v.* NEW HAMPSHIRE, 563 U. S. 991;

No. 10–11262.  FOWLER *v.* GEITHNER, SECRETARY OF THE TREASURY, *ante*, p. 1058;

No. 11–315.  YOONESSI *v.* RATAJCZAK ET AL., *ante*, p. 1035;

No. 11–362.  LEWICKI ET AL. *v.* WASHINGTON COUNTY, PENNSYLVANIA, ET AL., *ante*, p. 1060;

No. 11–5025.  ARNOLD *v.* MALLON ET AL., *ante*, p. 886;

No. 11–5915.  RABB *v.* GEORGIA PACIFIC, LLC, ET AL., *ante*, p. 966;

No. 11–5943.  NORINGTON *v.* BUTTS, SUPERINTENDENT, PENDLETON CORRECTIONAL FACILITY, *ante*, p. 981;